AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2026

SEAN F. McAVOY, CLERK

CHARLES JOSEPH REEVIS,

)
)

*Plaintiff*

)

v.

)
)

Civil Action No.   2:26-cv-36-EFS

SPOKANE COUNTY SUPERIOR COURT, EASTERN
STATE HOSPITAL, and US SUPREME COURT,

)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Case DISMISSED without prejudice pursuant toLCivR 41(b)(2).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    EDWARD F. SHEA _____

Date:  5/19/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*